Steven R. Blackburn, Esq., State Bar No. 154797
Rachel S. Hulst, Esq., State Bar No. 197330
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
    e-mail: sblackburn@ebglaw.com
    e-mail: rhulst@ebglaw.com

Attorneys for Defendant,
RYAN BECK & CO., INC.
(erroneously sued as RYAN BECK & CO.)

John A. McGuinn, Esq., State Bar No. 036047
Noah D. Lebowitz, Esq., State Bar No. 194982
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Telephone: 415-421-9292
Facsimile: 415-403-0202
    e-mail: jamcguinn@mhpsf.com
    e-mail: ndl@mhpsf.com

Attorneys for Plaintiff,
ROBERT ROWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT ROWELL,<br><br>            Plaintiff,<br><br>    v.<br><br>RYAN BECK & CO., and DOES 1-15, inclusive,<br><br>            Defendants. | CASE NO.  C06-5696 WHA<br><br>E-Filing<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

   WHEREAS Plaintiff's lead trial counsel in this case recently broke his ankle and is immobile to the point where he will be unable to attend the case management conference in this case scheduled for December 21, 2006,

The parties hereby stipulate to continue the case management conference currently scheduled for December 21, 2006 to a subsequent date set by the court.

IT IS SO STIPULATED.

DATED: December 20, 2006                MCGUINN, HILLSMAN & PALEFSKY

By: _____
John McGuinn, Esq.
Attorneys for Plaintiff
ROBERT ROWELL

DATED: November 1, 2006                 EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn, Esq.
Rachel S. Hulst, Esq.
Attorneys for Defendant
RYAN BECK & CO., INC.

## ORDER

The court orders to continue the December 21, 2006 case management conference to the following date: January 4, 2007.

IT IS SO ORDERED.

DATED: December 20, 2006.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

SF:119559v1                                              [Proposed] Order re: trial continuance
                                                         Case No. 06-05696 WHA