| | |
|---|---|
| 1 | Steven R. Blackburn, State Bar No. 154797 |
| | Rachel S. Hulst, State Bar No. 197330 |
| 2 | EPSTEIN BECKER & GREEN, P.C. |
| | One California Street, 26th Floor |
| 3 | San Francisco, California 94111-5427 |
| | Telephone: 415.398.3500 |
| 4 | Facsimile: 415.398.0955 |
| | sblackburn@ebglaw.com |
| 5 | rhulst@ebglaw.com |
| 6 | Attorneys for Defendant, |
| | RYAN BECK & CO., INC. |
| 7 | |
| | John A. McGuinn, Esq., State Bar No. 036047 |
| 8 | Noah D. Lebowitz, Esq., State Bar No. 194982 |
| | McGuinn, Hillsman & Palefsky |
| 9 | 535 Pacific Avenue |
| | San Francisco, CA 94133 |
| 10 | Telephone: 415-421-9292 |
| | Facsimile: 415-403-0202 |
| 11 | e-mail: jamcguinn@mhpsf.com |
| | e-mail: ndl@mhpsf.com |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT ROWELL, | CASE NO. C06-5696 WHA |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| v. | |
| RYAN BECK & CO., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party will bear their own costs and attorney fees.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 22, 2007 | MCGUINN, HILLSMAN & PALEFSKY |

By: */s/ John A. McGuinn/*
John A. McGuinn
Noah D. Lebowitz
Attorneys for Plaintiff
ROBERT ROWELL

DATED: ~~March~~ April 13, 2007

EPSTEIN BECKER & GREEN, P.C.

By: */s/ Steven R. Blackburn/*
Steven R. Blackburn
Rachel S. Hulst
Attorneys for Defendant
RYAN BECK & CO., INC.

- 2 -

SF:126300v1

Stipulation of Dismissal With Prejudice
Case No. C06-5696 WHA

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice and each party will bear its own costs and attorney fees.

DATED: April 16, 2007

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

- 3 -